# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00024 |
| | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 1/10/2021 |
| THOMAS BARANYI | ) Description: COMPLAINT W/ARREST WARRANT |
| ▅▅▅▅▅▅▅▅▅▅ | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Cassidy Vreeland Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: 01/10/2021

G. Michael Harvey
2021.01.10 15:56:41 -05'00'
*Judge's signature*

City and state:   Washington, D.C.   Hon. G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*