# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No: 21-MJ-24 (GMH)** |
| **v.** : | |
| : | |
| **THOMAS BARANYI,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney ("AUSA") Candice C. Wong. The undersigned will substitute for Assistant United States Attorney Amanda Vaughn as counsel for the United States. AUSA Wong may be contacted either by phone at 202-252-7849 or by e-mail at candice.wong@usdoj.gov.

                                        Respectfully submitted,

                                        MICHAEL R. SHERWIN
                                        Acting United States Attorney
                                        New York Bar No. 4444188

           By:   /s/ *Candice C. Wong*
                    Candice C. Wong
                    Assistant United States Attorney
                    D.C. Bar No: 990903
                    United States Attorney's Office
                    555 Fourth Street, N.W. #4816
                    Washington, D.C. 20530
                    Telephone: 202-252-7849
                    E-mail: candice.wong@usdoj.gov